CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Harvard Drug Group, LLC           )
                                      )
                                      )
                                      )
                    Plaintiff         )   Civil Action No. __1:07-CV-00370__
           vs                         )
                                      )
Astrazeneca Pharmaceuticals L.P.;     )
Astrazeneca L.P.; Zeneca, Inc., et al.)
                                      )
                    Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Harvard Drug Group, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Harvard Drug Group, LLC__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__473284__
BAR IDENTIFICATION NO.

__Brian A. Ratner__
Print Name

__1100 New York Avenue, N.W. - Suite 500__
Address

__Washington, D.C.     20005__
City           State        Zip Code

__(202) 408-4600__
Phone Number