UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HARVARD DRUG GROUP, LLC, on behalf of itself and all others similarly situated,<br><br>                              Plaintiffs,<br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>                              Defendants. | Civil Action No. 1:07-cv-00370-RWR |

**NOTICE OF VOLUNTARY DISMISSAL OF THE HARVARD DRUG GROUP, LLC'S ACTION PURSUANT TO RULE 41(a)(1)(i)**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff The Harvard Drug Group, LLC hereby voluntarily dismisses its complaint against Astrazeneca Pharmaceuticals L.P., Astrazeneca L.P., Zeneca, Inc., and Zeneca Holdings, Inc. The Defendants in this action have not filed an answer to Plaintiff's complaint or a motion for summary judgment, and Plaintiff has not previously dismissed an action based on or including the claim brought in this action in any court. *See* Fed. R. Civ. P. 41(a)(1). This dismissal is without prejudice.

Dated: March 22, 2007

William A. Isaacson, D.C. Bar. No. 414788
Tanya S. Chutkan, D.C. Bar No. 420478
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Tel: (202) 237- 2727
Fax: (202) 237-6131

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300

Richard B. Drubel
Kimberly Horton Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (212) 838-7797
Fax: (603) 643-9010

Respectfully submitted,

_____
Michael D. Hausfeld, D.C. Bar No. 153742
Daniel A. Small, D.C. Bar No. 465094
Brian A. Ratner, D.C. Bar No. 473284
COHEN, MILSTEIN, HAUSFELD
   & TOLL, P.L.L.C.
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
   & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

Arthur N. Bailey, Esq.
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street
Jamestown, NY 14701
Tel: (716) 664-2967
Fax: (716) 664-2983

**Counsel for Plaintiff**

2