UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HARVARD DRUG GROUP, LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:07-cv-00370-RWR |
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated.<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:06-cv-02155-RWR |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:06-cv-02157-RWR |

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., DIK DRUG COMPANY, and KING DRUG COMPANY OF FLORENCE, INC., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>                              Defendants. | Civil Action No. 1:07-cv-00041-RWR |

**PLAINTIFF THE HARVARD DRUG GROUP, LLC'S
NOTICE OF WITHDRAWAL OF CROSS MOTION
FOR APPOINTMENT OF CO-LEAD COUNSEL AND FOR
ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 1**

PLEASE TAKE NOTICE THAT plaintiff The Harvard Drug Group, LLC hereby withdraws its Cross Motion for Appointment of Co-Lead Counsel and for Entry of Proposed Case Management Order No. 1.

Dated: March 22, 2007

William A. Isaacson, D.C. Bar. No. 414788
Tanya S. Chutkan, D.C. Bar No. 420478
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Respectfully submitted,

By_____ _/s/_____

Michael D. Hausfeld, D.C. Bar No. 153742
Daniel A. Small, D.C. Bar No. 465094
Brian A. Ratner, D.C. Bar No. 473284
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300

Richard B. Drubel
Kimberly Horton Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
Fax: (603) 643-9010

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

Arthur N. Bailey, Esq.
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street
Jamestown, NY 14701
Tel: (716) 664-2967
Fax: (716) 664-2983

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I, Brian A. Ratner, hereby certify that on this 22nd day of March, 2007, I served true and correct copies of Plaintiff The Harvard Drug Group, LLC's Notice of Withdrawal of Cross Motion for Appointment of Co-Lead Counsel and Entry of Proposed Case Management Order No. 1 by electronic mail to the following counsel of record:

David U. Fierst
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
Tel: (202) 737-7777
Fax: (202) 296-8312

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin Landau
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

Brent B. Barrier
PHELPS DUNBAR, LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Fax: (504) 568-9130

Daniel Berger
David F. Sorenson
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, PA 19103
Tel: (800) 424-6690
Fax: (215) 875-4604

John Gregory Odom
Stuart E. Des Roches
ODOM & DES ROCHES, L.L.P.
650 Poydras Street
Suite 2020, Poydras Center
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

Adam Moskowitz
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

**Counsel for the LWD Plaintiffs**

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Joseph M. Vanek
David Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington St., 18th Floor
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

Paul E. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492

**Counsel for Meijer**

Kristin Graham Koehler
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Suite 800
Washington, DC 20005-1401
Tel: (202) 736-8359
Fax: (202) 736-8711

Mark Edmonde Haddad
SIDLEY AUSTIN, LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
Tel: (213) 853-2937
Fax: (213) 896-6600

John Treece
SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-2937
Fax: (312) 853-7036

**Counsel for Defendants**

_/s/ Brian A. Ratner_
Brian A. Ratner